UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**UNITED STATES OF AMERICA,**

**Plaintiff,**

v.

Case No. 2:12-CR-00195 (1)
**JUDGE EDMUND A. SARGUS, JR.**

**VICTOR OCHOA-ORTIZ,**

**Defendant.**

## ORDER

Defendant's unopposed Motion for an Order Permitting His Marriage is **GRANTED**. (ECF No. 22.) The Court will allow Plaintiff to marry while he is a federal prisoner incarcerated at the Franklin County Correctional Institute, assuming he may do so in compliance with the rules and policies of that institution.

1-31-2013
**DATE**

**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**